# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 13, 2024

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 24-8020 | IN RE: <br> JAMES G. THOMAS and ROXANNE G. THOMAS, <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-04306 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman ||

Upon consideration of the **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f) FROM ORDER DENYING CLASS CERTIFICATION**, filed on September 11, 2024, by counsel for the petitioners,

**IT IS ORDERED** that respondents shall respond to petitioners' petition for permission to appeal on or before September 25, 2024.

form name: **c7_Order_3J**   (form ID: **177**)